In the Matter of the Will of ERNEST T. HARGROVE, Deceased.

WILLIAM A. T. HARGROVE et al., Appellants; HENRY B. MITCHELL, Respondent.

Argued January 14, 1942; decided April 30, 1942.

*Harold R. Medina, Vahan H. Kalenderian, John M. Lockwood, William Gilbert* and *Louis D. Posner* for appellants.

*John W. Davis, Theodore Kiendl, Walter D. Fletcher* and *Raymond A. Carter* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.